RE Louis Howard Confer

No. WR 27-413-08

Trial Ct No. 03-279-A

27,413-08

207 District Court

Caldwell County, Texas

- - - - - - -

Texas Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

## Relators Rebuttal

Comes Now, Relator, Louis Confer, Peo Se and would Please Ask to show the Court the following:

I.

Coldwell County Never Has Pecessed, Ruled on Petitioners Original 11.07 Writ of Habeas Corpus Filed In 2010

II.

Judge Bloometh Ruled on a Motion Concerning A Bench Warrant and Dismiss Detainer and Made it Look like this was my Original 11.07. See Exhibit "A" Letter

III

Relator, Petitioner, would please Ask for A Review of the Grave Error and Denial of His Constitutional Rights that Has Teanspieed In Pursuit to Seek Justice and Prove Wrongfull Confinement and the Illegal Actions taken to Cover it up and "Reissue Order"

Respectfully Submitted
Louis Confer Pro'se

I Hereby state Under the Penalty of Perjury that the Foregoing is True and Correct. Signed on Aug 12 2015

Louis Confer # 1648283
1511 Peeston
Houston, Texas 77002

Fine Vs City of N.Y. (529 F.2d. 70, 78 2d Cir 1975)
In Evaluating A Pro'se Complaint, the Plaintiffs Allegations Are Assumed to be True.

Exhibit "A"

Copy of
Letter to Judge Robison

June 19 2015

Judge Robison - 207 District Court
Justice Center
110 East Martin Luther King Drive
San Marcus, Texas 78666

Louis Confee T.D.C. #1648283
21 F.M. 247
Huntsville, Texas 77320

RE: 03-247-A
Coldwell County

Good Day Sir,

On June 12, 2015 I mailed copies of an writ of Mandamus to Tina Morgan, Coldwell County District clerk as well as the Texas Court of Criminal Appeals.

My Original 11.07 writ of Habeas Corpus was filed Back in 2010, And Is still Pending A Review.

Judge Bloomberth had pulled an "Okey Dokey" with the Court of Criminal Appeals and "Ruled" on A "Motion(s) Concerning A Detainer and A Bench Warrant" Making it look like this was my Original 11.07 !!

Sir, would you please Personally review the Application For Writ of Habeas Corpus that Has been Filed and Skimmed.

It is in my concern that Grave Errors Have Been Made and Overlooked that Effect my Guilt/Innocence

Thank you Very Much

Louis Confer
Louis Confer

Some Issues In Application

1.) 5 years and 1 week to Jury Trial

2.) Never did Refuse Breathalizer

3.) Larry Pratt "Expert D.W.I. Arrest Instructor" Not Called to Appear in @ Jury Trial After you Granted 1200.$^{00}$ For His Presentation. By Youre Order!

4.) D.W.I. Tape was Spliced, Altered - Police Car Going Wrong Direction, Implication that I caused Car to Veer off Road.

5.) Perjury by Arresting Officer

2.

6.) Plea Bargaining Under Duress, Coercion, Etc. Etc.

7.) The Effective Assistance of Counsel to Let these issues "Not" Be Called Attention to and Brought before the Court and Jury "which Sabatobied the True Facts" to Prove my Innocence.

Respectfully Request Review

Louis H. Confer

I Hereby State Under the Penalty of Perjury that this is A True Copy of the Original Letter Mailed to Juddge Robison

Louis Confer
Louis Confer

3.